```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ ROBB C. ADKINS
   │ Assistant United States Attorney
 3 │ Chief, Santa Ana Branch Office
   │ CHRISTINE S. BAUTISTA (Cal. SBN 256128)
 4 │ Assistant United States Attorney
   │     Ronald Reagan Federal Building
 5 │     411 W. Fourth Street, Ste. 8000
   │     Santa Ana, California 92701
 6 │     Telephone: (714) 338-3542
   │     Facsimile: (714) 338-3561
 7 │     Email: Christine.Bautista2@usdoj.gov
 8 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
 9 │
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) SACR 08-14-AG |
|---|---|
| Plaintiff, | ) <u>ORDER VACATING SENTENCE OF</u> |
|  | ) <u>DEFENDANT MARCUS FLOYD THOMAS</u> |
| v. | ) |
| MARCUS FLOYD THOMAS, | ) |
| Defendant. | ) |

In consideration of the government's <u>ex parte</u> application to vacate the sentence of defendant Thomas and to re-sentence him, good cause appearing thereon, IT IS HEREBY ORDERED that the sentence of defendant Thomas announced on October 20, 2008 is hereby vacated and re-sentencing shall take place on November 3, 2008 at 3:30 p.m.

DATED: October 28, 2008

_____
HONORABLE ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE